Salvator Caruso, appellee, v. Globe Mutual Life Insurance Company, appellant. Gen. No. 8,194.

Opinion filed May 3, 1930.

J. W. Faulkner, Jr. and Ray F. Faulkner, for appellant; A. W. Fulton, S. J. Fulton and J. F. Sheen, of counsel. D. R. Anderson, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.